| | |
|---|---|
| 1 | Dylan B. Carp (State Bar No. 196846) |
| | Angel R. Sevilla (State Bar No. 239072) |
| 2 | JACKSON LEWIS P.C. |
| | 50 California Street, 9th Floor |
| 3 | San Francisco, California 94111-4615 |
| | Telephone:  (415) 394-9400 |
| 4 | Facsimile:  (415) 394-9401 |
| | E-mail:  Dylan.Carp@jacksonlewis.com |
| 5 | E-mail:  Angel.Sevilla@jacksonlewis.com |
| 6 | Attorneys for Plaintiffs |
| | GISELE NORRIS and HENRY YUAN |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | GISELE NORRIS and HENRY YUAN, | Case No. 3:21-cv-00932-CRB |
| 12 | Plaintiffs, | **STIPULATION FOR DISMISSAL FRCP 41(a)(1)(A)(ii)** |
| 13 | v. | Ctrm.:    Courtroom 6 – 17th Floor |
| 14 | AON PLC; AON GROUP, INC.; AON RISK SERVICES COMPANIES, INC.; and DOES 1 through 100, inclusive, | Judge:    Hon. Charles R. Breyer, Senior District Judge |
| 15 | | |
| 16 | Defendants. | Complaint Filed:  02/05/2021 |
| | | Trial Date:          Not Set |

Under FRCP 41(a)(1)(A)(ii), the parties stipulate to dismissal of this action with prejudice, each party to bear its, her or his own attorney's fees, costs and expenses.

Dated: February 10, 2022   JACKSON LEWIS P.C.

By: /s/ Dylan B. Carp
Dylan B. Carp
Angel R. Sevilla
Attorneys for Plaintiffs
GISELE NORRIS and HENRY YUAN

Dated: February 10, 2022   FORTIS LLP

By: /s/
Eric J. Hardeman
Attorneys for Defendants
AON PLC, AON GROUP, INC. and AON RISK SERVICES COMPANIES, INC.

*"Pursuant to L.R. 5-1(h)(3), I hereby attest concurrence in the filing of this document has been obtained from the other Signatory, which shall serve in lieu of his signature on the document indicated by a conformed signature (/s/) within this e-filed document."*

4879-3201-0253, v. 1